UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2006 AUG 30 A 8: 55

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

UNITED STATES OF AMERICA, )
)
    PLAINTIFF, )
)
vs. ) No. 3:05-CR-113
) Phillips/Shirley
)
JOHNNY E. HATCHER, )
also known as "MONK", and )
DONALD R. HARMON, )
)
    DEFENDANTS. )

## ORDER

On August 24, 2006, counsel for the United States and for Johnny Hatcher had a telephone conference with the court. Counsel requested that the current pretrial deadlines be postponed while the parties continued plea negotiations. Counsel for Johnny Hatcher and the United States represented that counsel for Donald Harmon joined in this request.

Upon request of the parties, the current pretrial deadline of August 24, 2006, and September 14, 2006, are hereby continued. If the parties have not reached plea agreements which resolve this case by September 22, 2006, this court will use the 10:00 a.m. September 22, 2006, pretrial conference date as a date for a status conference and establishment of new pretrial deadlines.

1

Wherefore, the pretrial deadlines of August 24, 2006, and September 14, 2006, are removed and a status conference is set for September 22, 2006, at 10:00 a.m.

Enter:

*(signature)*
C. CLIFFORD SHIRLEY, JR.
UNITED STATES MAGISTRATE JUDGE


Prepared by:

*(signature)*
Michael E. Winck
Assistant United States Attorney


Approved by:

*(signature)*
Herbert S. Moncier
Attorney for Defendant Harmon


*(signature)*
Randall Reagan
Attorney for Defendant Hatcher

2