# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:05-CR-113 |
| ) | (Phillips/Shirley) |
| JOHNNY HATCHER ) | |

## ORDER

On March 30, 2006, Magistrate Judge C. Clifford Shirley filed a 3-page Report and Recommendation [Doc. 166] as to Donald R. Harmon's Motion to Suppress Statements [Doc. 44], recommending that, in light of the government's written and oral responses to the motion to suppress, the said motion be granted. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with Magistrate Judge Shirley's recommendation. The Court readily concludes that Magistrate Judge Shirley has thoroughly and correctly analyzed the legal issues presented in defendant's motion to suppress. Thus, any further comment by the Court is unnecessary and would be repetitive.

Accordingly, the **R&R is ACCEPTED IN WHOLE**. Thus, defendant's Motion to Suppress Statements [Doc. 44] is hereby **GRANTED**.

ENTER:

s/Thomas W. Phillips
UNITED STATES DISTRICT JUDGE